**UNPUBLSHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6060**

———————

HARRY L. DANTZLER,

                              Plaintiff - Appellant,

        versus

USPO, District of South Carolina,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Florence.  David C. Norton, District Judge. (CA-04-1735-4-18BH)

———————

Submitted:  June 23, 2005               Decided:  June 29, 2005

———————

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Harry L. Dantzler, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Harry L. Dantzler appeals the district court's order denying his petition for writ of mandamus seeking to compel the United States Probation Office to correct an allegedly erroneous entry in a criminal presentence report. Our review of the record, including the district court's opinion adopting the magistrate judge's report and recommendation, discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Dantzler v. USPO, No. CA-04-1735-4-18BH (D.S.C. Dec. 2, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED